IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EFW, INC. | § | |
| | § | |
| V. | § | ACTION 4:07-CV-733-Y |
| | § | |
| SMITHS AEROSPACE, L.L.C. | § | |

## FINAL JUDGMENT

Pursuant to the order issued this same day and Federal Rule of Civil Procedure 58, the above-styled and numbered cause is REMANDED to the 348th Judicial District Court, Tarrant County, Texas (cause no. 348-225183-07). All costs under 28 U.S.C. § 1920 are taxed against Defendant.

SIGNED November 21, 2008.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE